■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE PHARO, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application for stay of judgment pending appeal and release on bail denied on the ground that there is no statutory authority for the granting of such relief in a habeas corpus proceeding (see CPLR 7011; cf. CPL 460.50, subd. 1). Herlihy, P. J., Greenblott, Kane, Main and Reynolds, JJ., concur.

■ In the Matter of EDWARD C. ROBERTS, JR., Petitioner, v. DONALD H. MONROE, as Judge of the Chemung County Court, et al., Respondents.— Application, pursuant to CPLR article 78, for order restraining further prosecution of pending indictment against petitioner and for other relief denied, without costs. Petition dated November 12, 1974, dismissed (see *Matter of Lee* v. *County Ct. of Erie County*, 27 N Y 2d 432, 437–438). Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur.